IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAR 29 2007
U.S. COURT OF FEDERAL CLAIMS

IMPRIMIS INVESTORS LLC, WEXFORD SPECIAL SITUATIONS 1997 INSTITUTIONAL, LP, TAX MATTERS PARTNER,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

No. 07-209 T

## DISCLOSURE STATEMENT

PURSUANT TO Rule 7.1 of the Rules of the United States Court of Federal Claims, Imprimis Investors LLC ("Imprimis") and Wexford Special Situations 1997 Institutional, LP ("Wexford") make the following disclosures:

1. For non-governmental corporate parties, all parent corporations are: none.

2. For non-governmental corporate parties, all publicly held corporations that hold 10% or more of the parties' stock are: none.

Dated this 29th day of March, 2007.

Respectfully submitted,

CHARLES M. RUCHELMAN
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005
Telephone: (202) 862-7834
Facsimile: (202) 429-3301
Email: cmr@capdale.com
*Counsel of Record for Plaintiff*

CHRISTOPHER S. RIZEK
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005
Telephone: (202) 862-8852
Facsimile: (202) 429-3301
Email: csr@capdale.com
*Of Counsel*