ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
MAY 9 2007
U.S. COURT OF FEDERAL CLAIMS

IMPRIMIS INVESTORS LLC, WEXFORD SPECIAL SITUATIONS 1997 INSTITUTIONAL, LP, TAX MATTERS PARTNER,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

Case No.: 07-209T
Judge Marion Blank Horn

**NOTICE OF ELECTION TO PARTICIPATE**

Insight Venture Associates II, LLC ("Insight") elects to participate, pursuant to section 6226(c)(2) of the Internal Revenue Code of 1986, as amended (the "Code"), and Rule 4(b) of Appendix F of the Rules of the United States Court of Federal Claims, in the above-captioned action for readjustment of partnership items, and states as follows:

1. On March 29, 2006, the partnership, Imprimis Investors, LLC (the "Partnership"), and the tax matters partner of the Partnership within the meaning of section 6231(a)(7) of the Code, Wexford Special Situations 1997 Institutional, L.P., filed a complaint in the above-captioned matter for the readjustment of partnership items for the tax period ending December 31, 2000 pursuant to Code section 6226(a)(3).

2. Insight is a "Notice Partner" of Imprimis Investors LLC within the meaning of Code section 6231(a)(8).

3. Insight satisfies the requirements of Code section 6226(d) because it was a partner during the applicable period for which readjustment of the partnership items is sought, the

partnership items for which readjustment is sought remain partnership items, and upon information and belief, the period within which tax attributable to such partnership items may be assessed against it has not expired.

4. This Notice of Election to Participate is timely filed within 45 days of the above-referenced complaint.

Dated: 5/7/07

William F. Nelson
Counsel of Record for Insight Venture Associates II, LLC
McKee Nelson LLP
1900 M Street NW, Suite 200
Washington, DC 20036
Telephone: (202) 775-8682
Facsimile: (202) 775-8584
Email: wnelson@mckeenelson.com