ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAY 9 2007
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| IMPRIMIS INVESTORS LLC, WEXFORD SPECIAL SITUATIONS 1997 INSTITUTIONAL, LP, TAX MATTERS PARTNER,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Case No.: 07-209T<br>Judge Marion Blank Horn |

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1. of the Rules of the United States Court of Federal Claims, Insight Venture Associates II, LLC makes the following disclosures:

1. For non-governmental corporate parties, all parent corporations are: none.

2. For non-governmental corporate parties, all publicly held corporations that hold 10% or more the parties' stock are: none.

Dated: 5/7/07

William F. Nelson
Counsel of Record for Insight Venture Associates II, LLC
McKee Nelson LLP
1919 M Street NW, Suite 200
Washington, DC 20036
Telephone: (202) 775-8682
Facsimile: (202) 775-8586
Email: wnelson@mckeenelson.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date, May 8, 2007, copies of the foregoing Notice of Election to Participate and Disclosure Statement were served by hand delivery upon:

Charles Michael Ruchelman
Counsel for Tax Matters Partner
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Suite 1100
Washington, DC 20005
Tel: (202) 862-7834
Fax: (202) 429-3301
Email: cmr@capdale.com

Sheri A. Dillon
Counsel for Participating Partner
McKee Nelson LLP
1919 M Street NW
Suite 200
Washington, D.C. 20036
Tel: (202)775-8582
Fax: (202) 775-8586
Email: sdillon@mckeenelson.com