IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Judge Marian Blank Horn)
No. 07-209 T

IMPRIMIS INVESTORS LLC, WEXFORD SPECIAL SITUATIONS 1997 INSTITUTIONAL, LP, TAX MATTERS PARTNER,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

REQUEST FOR ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFFS' COMPLAINT

The United States respectfully moves the Court for an enlargement of time of 60 days, from May 28, 2007, to and including July 27, 2007, within which to answer or otherwise respond to plaintiffs' complaint. This is the first such enlargement requested. The IRS attorney assigned to prepare a defense recommendation in this matter has informed defendant's counsel that she has not yet located or received the administrative files and materials applicable to this case. The United States' receipt and review of the administrative files/materials and the IRS's defense recommendation are necessary prerequisites to filing a meaningful response to plaintiffs' complaint. Accordingly, additional time is required to allow for the IRS's receipt of the files and preparation of the defense recommendation, for the defendant to receive and review the IRS's defense recommendation and administrative materials, and to prepare a response to plaintiffs' complaint.

Pursuant to RCFC 6.1, defendant's counsel has discussed this motion with plaintiffs' counsel and plaintiffs' counsel has no objection to the enlargement of time.

WHEREFORE, defendant prays that its motion for an 60-day enlargement of time to answer or otherwise respond to plaintiffs' complaint be allowed.

Respectfully submitted,

s/Bart D. Jeffress
BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6496
(202) 540-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant

May 17, 2007