# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**IMPRIMIS INVESTORS LLC, et al.,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 07-209T**
**Filed: May 17, 2007**

**O R D E R**

The court is in receipt of the defendant's May 17, 2007, unopposed request for an enlargement of time of 60 days, to and including July 27, 2007, within which to file an answer or other response to the plaintiff's complaint. Defendant's request is **GRANTED**. On or before **Friday, July 27, 2007**, defendant shall file its answer or other response to the complaint. The parties shall refrain from filing motions for summary judgment until after any such proposed summary judgment motions are discussed at a status conference, which will be scheduled for that purpose.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**