**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **IMPRIMIS INVESTORS LLC et. al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 07-209 T** |
| | ) | **(Judge Marian Blank Horn)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Jennifer P. Wilson as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows (unless filed electronically):

Jennifer P. Wilson, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: May 18, 2007

s/ Jennifer P. Wilson
JENNIFER P. WILSON
Trial Attorney
Justice Department (Tax)
Court of Federal Claims Section
202-307-6495
FACSIMILE 202-514-9440
jennifer.p.wilson@usdoj.gov