# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **IMPRIMIS INVESTORS LLC,** | |
| **Plaintiffs,** | **No. 07-209T** |
| **v.** | **Filed: May 31, 2007** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

To discuss future proceedings of this case, the court **ORDERS** the parties to appear at a status conference on **Monday, July 30, 2007 at 2:30 p.m. E.S.T.,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Ruchelman at (202) 862-7834, Mr. Nelson at (202) 775-8582, and Ms. Wilson at (202) 307-6495.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**