# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *

**IMPRIMIS INVESTORS, LLC, et al.,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**No. 07-209T**
**Filed: July 30, 2007**

**O R D E R**

The court held a status conference in the above captioned case on July 30, 2007, with the parties appearing by telephone. As discussed at the status conference, plaintiff Imprimis Investors, LLC will file a response to plaintiff Insight Venture Associates II, LLC's May 9, 2007, amended complaint on or before **Thursday, August 9, 2007**. Furthermore, a joint stipulation of facts shall be filed by all parties on or before **Tuesday, November 13, 2007**. The joint stipulation of facts shall be thorough and comprehensive. The joint stipulation also shall be one document, accompanied by a supporting appendix, setting forth specific stipulations of agreed upon facts with appropriate page and paragraph citations to documents in the appendix. If necessary, the parties are to identify any statement of material fact, also with appropriate citations to the appendix, which is not agreed upon by all parties, but which one party believes to be at issue in the case. The joint stipulation of facts is to be filed in lieu of the filing of proposed findings of uncontroverted fact and opposition thereto, pursuant to RCFC 56(h)(3). On or before **Tuesday, November 13, 2007**, the parties also shall file a joint statement of issues of law, to focus the issues.

The court **SCHEDULES** a status conference for **Thursday, November 15, 2007, 10:30 a.m. EDT**. Counsel for all parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff Imprimis Investors LLC's counsel at (202) 862-7834, plaintiff Insight Venture Associates II, LLC's counsel at (202) 775-8582 and defendant's counsel at (202) 514-9440. The parties shall refrain from filing motions for summary judgment until after any such proposed motions are discussed at the status conference.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**