# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**IMPRIMIS INVESTORS, LLC, et al.,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 07-209T**
**Filed: October 22, 2007**

## O R D E R

A status conference in the above-captioned case was previously scheduled for November 15, 2007, at 10:30 a.m. The court **RESCHEDULES** the status conference for **Thursday, November 15, 2007 at 12:30 p.m., EST.** All parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Ruchelman at (202) 862-7834, Mr. Nelson at (202) 775-8582, and Ms. Wilson at (202) 307-6495.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**