IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Judge Marian Blank Horn)
No. 07-209 T

IMPRIMIS INVESTORS LLC, WEXFORD SPECIAL SITUATIONS 1997 INSTITUTIONAL, LP, TAX MATTERS PARTNER,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

**JOINT STATEMENT OF ISSUES OF LAW**

Pursuant to this Court's order, dated July 30, 2007, Plaintiffs, Imprimis Investors LLC ("Imprimis" or "Partnership") and Wexford Special Situations 1997 Institutional, LP ("Wexford" or "TMP"), Participating Partner, Insight Venture Associates II, LLC ("Insight"), and Defendant, the United States, respectfully submit this joint statement of issues of law.

The parties have identified five main issues of law, and agree that these issues will need to be resolved in this litigation. Those issues are set forth in paragraphs 1 through 5 below. The parties have been as thorough and comprehensive as possible in preparing this joint statement of issues of law based on the information currently available. However, the parties agree that as the case proceeds, it may be necessary to raise and/or respond to additional issues of law. Accordingly, the parties reserve the right to raise additional issues of law in subsequent filings.

1. Whether the Amended and Restated Limited Liability Company Agreement of Imprimis Investors LLC, dated September 30, 1998 ("Imprimis LLC Agreement")[1], as applicable to the Imprimis 2000 tax year, provided a special allocation to Insight of items of short term capital gain.

2. What is the effect, if any, of the executed settlement of the claims by Insight and Imprimis in a lawsuit filed in the New York Supreme Court (the "Settlement Agreement")[2] on the tax dispute at issue in this TEFRA proceeding, which arose from the allocation of partnership income to Insight as reflected in the Imprimis partnership tax return for the 2000 tax year[3] and the related Schedule K-1 issued to Insight?[4]

3. Whether this Court has jurisdiction in this TEFRA proceeding to hear an estoppel claim or argument.

4. If the answer to issue number 3 is in the affirmative, whether Insight is estopped from asserting in this proceeding that the Imprimis partnership return for the 2000 tax year and the related Schedule K-1 issued to Insight reflect an incorrect or improper allocation of ordinary income and short term capital gain to Insight.

---

[1]This document is Exhibit 1 to the Joint Stipulation of Facts filed on the same date as this Joint Statement of Issues of Law.

[2]This document is Exhibit 31 to the Joint Stipulation of Facts filed on the same date as this Joint Statement of Issues of Law. Pursuant to the agreement of the parties, Exhibit 31 is not included in this submission so that the parties may try to resolve certain confidentiality concerns.

[3]This document is Exhibit 3 to the Joint Stipulation of Facts filed on the same date as this Joint Statement of Issues of Law.

[4]This document is Exhibit 5 to the Joint Stipulation of Facts filed on the same date as this Joint Statement of Issues of Law.

5. Whether Internal Revenue Code § 704(b) mandates a reallocation of the ordinary income and/or short term capital gain that was allocated to Insight pursuant to the Imprimis partnership return for the 2000 tax year and the related Schedule K-1 issued to Insight.

Respectfully submitted,

s/ Charles M. Ruchelman
CHARLES M. RUCHELMAN
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, D.C. 20005
Telephone: (202) 862-7834
Facsimile: (202) 429-3301
Email: cmr@capdale.com
*Counsel of Record for Plaintiff*

s/ William F. Nelson
WILLIAM F. NELSON
McKee Nelson LLP
1919 M Street, NW
Washington, D.C. 20036
Telephone: (202) 775-8582
Facsimile: (202) 775-8586
Email: wnelson@mckeenelson.com
*Counsel of Record for Participating Partner*

s/ Jennifer P. Wilson
JENNIFER P. WILSON
Attorney of Record
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6495
Facsimile: (202) 514-9440
Email: jennifer.p.wilson@usdoj.gov

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims

s/ Steven I. Frahm
Of Counsel
*Attorneys for Defendant*

November 13, 2007