# APPENDIX OF EXHIBITS

Pursuant to agreement of the parties, Exhibits 25 through 34 are not included in this submission at this time so that the parties may resolve certain confidentiality and authenticity issues.

| # | DOCUMENTS DESCRIPTION |
|---|---|
| 1. | Imprimis LLC Agreement |
| 2. | Insight Amended Verified Answer, Affirmative Defenses, Counterclaims and Third-Party Complaint, dated May 10, 2001 |
| 3. | Imprimis Investors LLC Federal Partnership Tax Return for the 2000 tax year |
| 4. | Certification of Tax Matters Partner |
| 5. | Insight Venture Associates II LLC Federal Partnership Tax Return for the 2000 tax year |
| 6. | Insight Venture Associates II LLC Agreement |
| 7. | Raghavendran Complaint |
| 8. | Answer, dated July 27, 2007 |
| 9. | Insight Discovery Response |
| 10. | Imprimis Consulting Agreement |
| 11. | Decision of the New York Supreme Court Appellate Division, dated December 12, 2002 |
| 12. | Insight's Memorandum of Law In Support of Their Motion to Dismiss the Complaint, dated November 22, 2000 |
| 13. | Wexford/Insight Consulting Agreement |
| 14. | Wexford Insight LLC Agreement |
| 15. | WI Software Investors LLC Agreement |
| 16. | WISI Consulting Agreement |
| 17. | Imprimis Complaint, dated October 12, 2000 |
| 18. | Insight Verified Answer, Affirmative Defenses, Counterclaims and Third-Party Complaint, dated January 8, 2001 |
| 19. | Supreme Court of the State of New York Opinion, dated December 12, 2001 |
| 20. | Imprimis Complaint, dated April 19, 2002 |
| 21. | Imprimis Amended Complaint, dated June 10, 2002 |
| 22. | Stipulation of Consolidation, dated July 9, 2002 |
| 23. | Imprimis Amended and Consolidated Complaint, dated August 9, 2002 |
| 24. | Insight's Verified Answer to the Amended and Consolidated Complaint, Affirmative Defenses, Counterclaims and Third-Party Complaint, dated August 29, 2002 |
| 25. | Letter from Amron to Tulchin, dated May 16, 2003 |
| 26. | Letter from Amron to Tulchin, dated May 23, 2003 |
| 27. | Letter from Tulchin to Amron, dated May 29, 2003 |
| 28. | Letter from Amron to Tulchin, dated May 30, 2003 |
| 29. | Letter from Tulchin to Amron, dated June 2, 2003 |
| 30. | Letter from Amron to Tulchin, dated June 20, 2003 |
| 31. | Settlement Agreement |
| 32. | Letter from Amron to Tulchin, dated February 9, 2004 |
| 33. | Letter from Amron to Tulchin, dated March 5, 2004 |
| 34. | Letter from Tulchin to Amron, dated March 16, 2004 |
| 35. | Insight's Notice of Inconsistent Treatment or Administrative Adjustment Request (Form 8082) |
| 36. | Notice of Beginning of Administrative Proceeding, dated July 27, 2004 |
| 37. | IRS Explanation of Adjustment (Form 886-A) |
| 38. | IRS Summary Report |
| 39. | Notice of Final Partnership Administrative Adjustments (FPAA) |
| 40. | Declaration of Arthur H. Amron |
| 41. | Declaration of Jay Maymudes |
| 42. | IRS 60 Day Letter to Insight Ventures Associates II, LLC |
| 43. | Insight Memorandum of Law In Support of the Application of Jeffrey Horing, Jerry Murdock and Insight Venture Associates II, LLC, for a Preliminary Injunction |
| 44. | IRS Appeals Transmittal and Case Memo |