Wexford Special Situations 1997, L.P.
c/o Wexford Capital LLC
411 Putnam Avenue
Greenwich, CT 06830

February 12, 2007

**BY CERTIFIED MAIL**
Internal Revenue Service Center
Andover, MA 05501-0011

**BY CERTIFIED MAIL**
Internal Revenue Service Center
Ogden, UT 84201-0011

**BY CERTIFIED MAIL**
Internal Revenue Service Center
Holtsville, NY 00501-0011

Re: Certification of Selection of Successor Tax Matters Partner for Imprimis Investors LLC (EIN 06-1486378) for the Taxable Year 2000 and All Tax Years Thereafter

To the IRS Service Centers:

Pursuant to Treasury Regulation § 301.6231(a)(7)-1(d), this is to certify to the Internal Revenue Service that another partner of Imprimis Investors LLC has been selected as the Tax Matters Partner for the taxable year 2000 and all tax years thereafter.

Just prior to the selection of the successor, Wexford Special Situations 1997, LP was the Tax Matters Partner of Imprimis Investors LLC. By this letter, Wexford Special Situations 1997, LP certifies to the Internal Revenue Service that Wexford Special Situations 1997 Institutional, LP has been designated as the Tax Matters Partner of Imprimis Investors LLC for the taxable year 2000 and all tax years thereafter.

In accordance with Treasury Regulation § 301.6231(a)(7)-1(d), the following information is certified by Wexford Special Situations 1997, LP:

Partnership Name: - Imprimis Investors LLC (EIN 06-1486378)

Partner Filing the Statement: - Wexford Special Situations 1997, LP (EIN: 06-1476147)

EXHIBIT
4

Successor Tax Matters Partner: - Wexford Special Situations Institutional 1997, LP
address: c/o Wexford Capital LLC
411 Putnam Avenue
Greenwich, CT 06830
tax id: 06-1483925

Taxable Years to Which Designation Relates: 2000 and all tax years thereafter

In accordance with Treasury Regulation § 301.6231(a)(7)-1(d)(3), Wexford Special Situations 1997, LP declares that it has been properly designated as the Tax Matters Partner of the partnership for the partnership taxable year 2000, and all tax years thereafter, and that this designation was in effect immediately before the filing of this statement.

In accordance with Treasury Regulation § 301.6231(a)(7)-1(d)(4), Wexford Special Situations 1997, LP certifies that Wexford Special Situations Institutional 1997, LP has been selected as the Tax Matters Partner of Imprimis Investors LLC for the taxable year 2000 and all tax years thereafter in accordance with the procedures of Imprimis Investors LLC for making that selection.

Certified:

Wexford Special Situations 1997, LP

By: [signature] Date: 2/12/07

Jay Maymudes
Vice President of Wexford 97
Advisors LLC, the General Partner
of Wexford Special Situations 1997,
LP

cc: **BY CERTIFIED AND REGISTERED MAIL**
Mel Rosenbach
Appeals Officer
Internal Revenue Service Appeals Office
290 Broadway - 11th Floor
New York, NY 10007