SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

IMPRIMIS INVESTORS LLC and WI SOFTWARE INVESTORS LLC,

Plaintiffs,

-against-

INSIGHT VENTURE MANAGEMENT, INC., JEFFREY HORING, JERRY MURDOCK, INSIGHT VENTURE ASSOCIATES II, LLC and INSIGHT VENTURE ASSOCIATES III, LLC,

Defendants.

Index No. 00-604431

Justice Cahn

---

INSIGHT VENTURE MANAGEMENT, INC., INSIGHT VENTURE ASSOCIATES II, LLC, JEFFREY HORING, JERRY MURDOCK and PETER SOBILOFF,

Counterclaim and Third-Party Plaintiffs,

-against-

IMPRIMIS INVESTORS LLC, WI SOFTWARE INVESTORS LLC and WEXFORD CAPITAL LLC f/k/a WEXFORD MANAGEMENT LLC,

Counterclaim and Third-Party Defendants.

---

RAMANAN RAGHAVENDRAN,

Plaintiff,

-against-

IMPRIMIS INVESTORS LLC, WEXFORD SPECIAL SITUATIONS 1997, L.P., WEXFORD SPECIAL SITUATIONS INSTITUTIONAL, L.P., WEXFORD SPECTRUM INVESTORS LLC, WEXFORD MANAGEMENT LLC, WEXFORD INSIGHT SOFTWARE INVESTORS LLC and DOES 1-10,

Defendants.

Index No. 02-600071

Justice Cahn

---

EXHIBIT
22

| | | |
|---|---|---|
| IMPRIMIS INVESTORS LLC and WI SOFTWARE INVESTORS LLC,<br><br>Plaintiffs,<br><br>-against-<br><br>INSIGHT CAPITAL PARTNERS II, L.P., INSIGHT CAPITAL PARTNERS (CAYMAN) II, L.P., INSIGHT CAPITAL PARTNERS III CO-INVESTORS, L.P., INSIGHT CAPITAL PARTNERS (CAYMAN) III, L.P., RAMANAN RAGHAVENDRAN, PETER SOBILOFF, and UBS CAPITAL II LLC,<br><br>Defendants. | : | Index No. 02-601519<br><br>Justice Cahn |

## STIPULATION AND ORDER

**WHEREAS** each of the above-captioned actions is pending in this Court and each arises from the same basic operative facts; and

**WHEREAS** the parties to each of the foregoing actions have agreed that the interests of judicial economy and an expeditious resolution of these disputes would be aided by a pre-trial consolidation of the above-captioned actions;

**IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1. Imprimis Investors LLC et ano. v. Insight Venture Management, Inc., et al., Index No. 00-604431, Ramanan Raghavendran v. Imprimis Investors LLC, et al., Index No. 02-600071, and Imprimis Investors LLC et ano. v. Insight Capital Partners II, L.P., et al., Index No. 02-601519, are hereby consolidated for purposes of discovery and all other pre-trial proceedings.

2. Within thirty days hereof, Imprimis Investors LLC and WI Software Investors LLC will file and serve a consolidated complaint on all parties. The consolidated complaint will not contain any claim or allegation against any defendant not already asserted against that defendant in either the amended complaint in Imprimis Investors LLC et ano. v. Insight Venture Management, Inc., et al., Index No. 00-604431, or the complaint in Imprimis Investors LLC et ano. v. Insight Capital Partners II, L.P., et al., Index No. 02-601519.

3. Within thirty days after the close of discovery, the parties will discuss further whether any of these actions, or any claims asserted in these actions, should be consolidated for trial. Whether or not the parties agree on consolidation for trial, each of the parties reserves the right to move for an order consolidating any of these actions, or any claims asserted in these actions, for trial.

4. This Stipulation and Order is without prejudice to any claims or arguments raised in the appeal to the Appellate Division, noticed June 18, 2002, in Imprimis Investors LLC et ano. v. Insight Venture Management, Inc., et al., Index No. 00-604431.

5. In light of the fact that UBS Capital II LLC ("UBS") was named as a defendant in April 2002, ongoing discovery in the consolidated actions will be scheduled to accommodate the reasonable needs of all parties, including the need of UBS and Ramanan Raghavendran to become familiar with the existing discovery record, and depositions relating to claims against UBS shall be scheduled in accordance with the

Order of Special Referee David Solomkin dated May 16, 2002, or further order issued herein by Referee Solomkin or the Court.

Dated: New York, New York
July 9, 2002

BROWN RUDNICK BERLACK ISRAELS LLP
Martin S. Siegel
Andrew Dash
120 West 45th Street
New York, New York 10036
(212) 704-0100

Attorneys for Imprimis Investors LLC and WI Software Investors LLC

SULLIVAN & CROMWELL
David B. Tulchin
125 Broad Street
New York, New York 10004
(212) 558-4000

Attorneys for Insight Venture Management, Inc., Insight Venture Associates II, LLC, Insight Venture Associates III, LLC, Jeffrey Horing, Jerry Murdock, Insight Capital Partners II, L.P., Insight Capital Partners (Cayman) II, L.P., Insight Capital Partners III, L.P., Insight Capital Partners III Co-Investors, L.P., Insight Capital Partners (Cayman) III, L.P. and Peter Sobiloff

KAYE SCHOLER LLP
Michael A. Rogoff
425 Park Avenue
New York, New York 10022
(212) 836-7684

Attorneys for UBS Capital II LLC

SCHLAM STONE & DOLAN, LLP
John J.D. McFerrin-Clancy
26 Broadway
New York, New York 10004
(212) 344-5400

Attorneys for Ramanan Raghavendran

Dated________________

So Ordered:

Hon. Herman Cahn, J.S.C.

Order of Special Referee David Solomkin dated May 16, 2002, or further order issued herein by Referee Solomkin or the Court.

Dated: New York, New York
July 9, 2002

Brown Rudnick Berlack Israels LLP
by Martin S. Siegel

BROWN RUDNICK BERLACK ISRAELS LLP
Martin S. Siegel
Andrew Dash
120 West 45th Street
New York, New York 10036
(212) 704-0100

Attorneys for Imprimis Investors LLC and WI Software Investors LLC

SULLIVAN & CROMWELL
David B. Tulchin
125 Broad Street
New York, New York 10004
(212) 558-4000

Attorneys for Insight Venture Management, Inc., Insight Venture Associates II, LLC, Insight Venture Associates III, LLC, Jeffrey Horing, Jerry Murdock, Insight Capital Partners II, L.P., Insight Capital Partners (Cayman) II, L.P., Insight Capital Partners III, L.P., Insight Capital Partners III Co-Investors, L.P., Insight Capital Partners (Cayman) III, L.P. and Peter Sobiloff

KAYE SCHOLER LLP
Michael A. Rogoff
425 Park Avenue
New York, New York 10022
(212) 836-7684

Attorneys for UBS Capital II LLC

SCHLAM STONE & DOLAN, LLP
John J.D. McFerrin-Clancy
26 Broadway
New York, New York 10004
(212) 344-5400

Attorneys for Ramanan Raghavendran

Dated________________

So Ordered:

________________________
Hon. Herman Cahn, J.S.C.

Order of Special Referee David Solomkin dated May 16, 2002, or further order issued herein by Referee Solomkin or the Court.

Dated: New York, New York
July 9, 2002

BROWN RUDNICK BERLACK ISRAELS LLP
Martin S. Siegel
Andrew Dash
120 West 45th Street
New York, New York 10036
(212) 704-0100

Attorneys for Imprimis Investors LLC and WI Software Investors LLC

SULLIVAN & CROMWELL
David B. Tulchin
125 Broad Street
New York, New York 10004
(212) 558-4000

Attorneys for Insight Venture Management, Inc., Insight Venture Associates II, LLC, Insight Venture Associates III, LLC, Jeffrey Horing, Jerry Murdock, Insight Capital Partners II, L.P., Insight Capital Partners (Cayman) II, L.P., Insight Capital Partners III, L.P., Insight Capital Partners III Co-Investors, L.P., Insight Capital Partners (Cayman) III, L.P. and Peter Sobiloff

KAYE SCHOLER LLP
Michael A. Rogoff
425 Park Avenue
New York, New York 10022
(212) 836-7684

Attorneys for UBS Capital II LLC

SCHLAM STONE & DOLAN, LLP
John J.D. McFerrin-Clancy
26 Broadway
New York, New York 10004
(212) 344-5400

Attorneys for Ramanan Raghavendran

Dated________________

So Ordered:

________________________
Hon. Herman Cahn, J.S.C.

Order of Special Referee David Solomkin dated May 16, 2002, or further order issued herein by Referee Solomkin or the Court.

Dated: New York, New York
July 9, 2002

BROWN RUDNICK BERLACK ISRAELS LLP
Martin S. Siegel
Andrew Dash
120 West 45th Street
New York, New York 10036
(212) 704-0100

Attorneys for Imprimis Investors LLC and WI Software Investors LLC

SULLIVAN & CROMWELL
David B. Tulchin
125 Broad Street
New York, New York 10004
(212) 558-4000

Attorneys for Insight Venture Management, Inc., Insight Venture Associates II, LLC, Insight Venture Associates III, LLC, Jeffrey Horing, Jerry Murdock, Insight Capital Partners II, L.P., Insight Capital Partners (Cayman) II, L.P., Insight Capital Partners III, L.P., Insight Capital Partners III Co-Investors, L.P., Insight Capital Partners (Cayman) III, L.P. and Peter Sobiloff

KAYE SCHOLER LLP
Michael A. Rogoff
425 Park Avenue
New York, New York 10022
(212) 836-7684

Attorneys for UBS Capital II LLC

SCHLAM STONE & DOLAN, LLP
John J.D. McFerrin-Clancy
26 Broadway
New York, New York 10004
(212) 344-5400

Attorneys for Ramanan Raghavendran

Dated 7-10-02

So Ordered:

Hon. Herman Cahn, J.S.C.



STIP0669