# - RESERVED -

**This exhibit is not included in this submission at this time so that the parties may try to resolve certain confidentiality and authenticity concerns.**

EXHIBIT
33