IRS Department of the Treasury
Internal Revenue Service

7112 7667 8553 5004 8469

Refer To: 20040713-

PO BOX 9941 MAIL STOP 4510
OGDEN, UT 84409

Date: 07-27-2004

WEXFORD SPECIAL SITUATIONS
1997 L.P. C/O WEXFORD MANAGEMENT LL
411 WEST PUTNAM AVE
GREENWICH CT 06830

Taxpayer TIN: 06-1476147

Name of Partnership:
OMPRIMIS INVESTORS LLC
Partnership EIN: 06-1486378
Tax Year Ended: DECEMBER 2000

Person to Contact:
RUSTY OBCEMEA
Mail Stop: STOP 4550:OSC
Contact ID Number: 29-62958
Work Hours:
5:00 A.M. TO 1:30 P.M. M.D.T
Contact Telephone Number:
(801) 620-2041

NOTICE OF BEGINNING OF ADMINISTRATIVE PROCEEDING

We are required by law to send you this notice. This is your notice that we are starting an administrative proceeding at the partnership level with respect to partnership items related to the partnership return identified above. This means our office is beginning an examination (audit) of your partnership's federal tax return. You have been identified as a partner. Our audit will be conducted at the partnership level through your Tax Matters Partner, who will officially represent the partnership in its' dealings with the IRS. Please contact your Tax Matters Partner if you would like to participate in the proceedings. If applicable, we will mail you a notice of proposed changes upon completion of the audit.

Please be advised - We will be sending most communications, including document requests and conference notifications, only to the Tax Matters Partner who is responsible for keeping all partners apprised of scheduled events and the status of the proceedings. We urge you to maintain regular communications with your Tax Matters Partner regarding the progress of this examination. Any adjustment we make to the partnership's return may affect your personal tax liability. This proceeding may present the only opportunity to challenge our findings. The results of our audit will apply to all partners even if your representative fails to keep you informed. Our records indicate that the most recent address of the partnership is:

IMPRIMIS INVESTORS LLC
% WEXFORD MANAGEMENT LLC
411 W PUTNAM AVE
GREENWICH CT 06830-6261990

"Pass-thru" partners (estate, trust, S corporation, partnership or nominee of another person) are required to forward a copy of this notice and all notices received from the IRS to all persons holding an interest in the above-named partnership. For example, if you are a partnership, you are required to send copies of this notice to your partners. You must do so within 30 days of receipt of the notice. The responsibilities of pass-thru partners are set forth in Treasury Regulation (26 C.F.R.) subsection 301.6223(h)-1.



EXHIBIT
36

Tax Matters Partners are required to keep each partner informed of all IRS proceedings and any court case that may follow. You must furnish the IRS with the name, address, profits interest, and taxpayer identification number of each person who was a partner at any time during the years under examination. If you did not submit this information with the partnership return, or if the information that you submitted needs to be updated, please send the most current information to the IRS address shown in this letter. The responsibilities of the Tax Matters Partner are set forth in Treasury Regulation (26 C.F.R.) subsection 301.6223(g)-1.

Your rights as a taxpayer are set forth in IRS Publication 1, Your Rights as a Taxpayer. Please refer to Publication 541, Partnerships, for information about partnership taxation.

If you have questions, you may write or call the IRS contact person whose name, address and telephone number are listed in the heading of this letter. If you write, please enclose a copy of this letter, and include your telephone number with the most convenient time for us to call you. If our number is outside of your local calling area, there will be a long distance charge to you.

Thank you for your cooperation.

Sincerely,

THOMAS D. MATHEWS

REM. COMP. FIELD DIR. OGDEN

Enclosure:
Copy of this Letter