**Internal Revenue Service**

**Department of the Treasury**

Date: February 07, 2005

Wexford Special Situations 1997 L.P.
c/o Wexford Management LLC
411 West Putnam Avenue
Greenwich, CT 06830

**Re:**
Imprimis Investors LLC

**Taxpayer Identifying Number:**
06-1486378

**Tax Year:**
Year ending December 31, 2000

**Form:**
1065

**Person to Contact:**
Edward Murphy

**Employee Identification Number:**
13–26373

**Contact Telephone Number:**
(212) 719-6160

We have enclosed a copy of our summary report on the examination of the above named partnership for you in your capacity as Tax Matters Partner. The report explains all proposed adjustments including facts, law and conclusion.

You and the examining agent are to agree on the date, time, and place for the closing conference, which will be scheduled no less than 30 days after the date of this letter. All proposed adjustments in the summary report will be discussed at the closing conference. You should confirm the time and date with the examining agent within 7 days from the date of this letter.

You must send a copy of the summary report to each partner, with the following additional information:

(1) Date, time and place of closing conference:

(2) Date the partner must notify you if he or she plans to attend the conference, and

(3) Date the partner must provide you with valid power-of-attorney forms if he or she plans to have representatives attend.

You are not required to send this material to partners who are members of a notice group if you send the material to the representative of the group.

At least 10 days before the conference date, you are required to notify the Service of the number of partners planning to attend the conference and submit valid power-of-attorney forms from partners planning to have representatives attend.

If the number of partners planning to attend is greater than the Service can accommodate, you as Tax Matters Partner must provide the meeting room. You must notify the partners who plan to attend of the conference's exact location. Generally, a partner or representative will be admitted to the conference room only if the partner has previously notified you or submitted valid power-of-attorney forms.



**Letter 1807 (DO) (Rev. 9-1983)**
Catalog Number 61142T

EXHIBIT
38

If you have any questions, please contact the person whose name and telephone number are shown above.

Thank you for your cooperation.

Sincerely yours,

Edward Murphy

Enclosure:
Summary report

| Form 886-A (REV JANUARY 1994) | EXPLANATIONS OF ITEMS | SCHEDULE NO. OR EXHIBIT |
|---|---|---|

| NAME OF TAXPAYER | TAX IDENTIFICATION NUMBER | YEAR/PERIOD ENDED |
|---|---|---|
| Imprimis Investors LLC | 06-1486378 | December 31,2000 |

**INCONSISTENT POSITION A**

The second tier partnership, Insight Venture Associates II LLC, filed its original Form 1065 partnership return for year ending December 31, 2000. As part of this return, the taxpayer filed Form 8082 claiming $36,623,088 of short-term capital gain issued from Imprimis Investors LLC per K-1 was incorrect. The taxpayer reallocated this amount as follows:

| | |
|---|---|
| $18,942,926 | short-term capital gain |
| $17,680,162 | long-term capital gain |
| ------------- | |
| $36,623,088 | Total Gain |

Per Inconsistent Position A, the above revised allocation per Form 8082 is disallowed in full. The original issued K-1 issued by Imprimis Investors LLC to Insight Venture Associates II LLC for year ending December 31, 2000 is deemed to be correct. Short-Term Capital Gain of $36,623,088 is the proper amount of short-term capital gain to be reported by Insight Investors II LLC for year ending December 31, 2000.

**INCONSISTENT POSITION B**

The first tier partnership, Imprimis Investors LLC, incorrectly allocated short-term capital gain to Insight Venture Associates II, LLC per K-1 issued for year ending December 31, 2000. The amount of short-term capital gain per K-1 was $36,623,088. The allocation was readjusted per audit examination.
The above short-term capital gain was reallocated among the three relevant partners, Wexford Special Situations 1997 L.P., Wexford Special Situations 1997 Institutional and Insight Venture Associates II LLC. as computed below:

| | | |
|---|---|---|
| Net Short Term Capital Gain | $99,799,993 | .57606 |
| Net Long Term Capital Gain | $73,444,348 | .42394 |
| | -------------- | ------- |
| Total Gain | $173,244,341 | 100% |

Insight Venture Associates II LLC, Net Short-Term Capital Gain per K-1 as originally filed by first tier Imprimis Investors LLC:

| | | |
|---|---|---|
| | $36,623,088 | |
| $36,623,088 x .57606 | $21,097,096 | Corrected Net Short Term Capital Gain |
| | --------------- | |
| | $15,525,992 | Adjustment to be reallocated to partners (See Schedule)<br>Wexford Special Situations 1997 L.P.<br>Wexford Special Situations 1997 Institutional |

| Form 886-A (REV JANUARY 1994) | EXPLANATIONS OF ITEMS | | SCHEDULE NO. OR EXHIBIT |
|---|---|---|---|
| NAME OF TAXPAYER | | TAX IDENTIFICATION NUMBER | YEAR/PERIOD ENDED |
| Imprimis Investors LLC | | 06-1486378 | December 31,2000 |

**Reallocation of Short Term Gain of $15,525,992:**

Per K-1 Imprimis Investors LLC original return: ( Net Short Term Capital Gain )

| | | |
|---|---|---|
| (A) Wexford Special Situations 1997 L.P. | $49,384,376 | .7817 |
| (B) Wexford Special Situations 1997 Institutional | $13,792,529 | .2183 |
| | -------------- | ------- |
| | $63,176,905 | 100% |

Per K-1 Imprimis Investors LLC original return: ( Net Long Term Capital Gain )

| | | |
|---|---|---|
| (A) Wexford Special Situations 1997 L.P. | $57,410,272 | .7817 |
| (B) Wexford Special Situations 1997 Institutio | $16,034,076 | .2183 |
| | ------------- | -------- |
| | $73,444,348 | 100% |

Adjustment To Imprimis Investors LLC:

| | |
|---|---|
| (A) $15,525,992 x .7817 = | $12,136,668 |
| (B) $15,525,992 x .2183 = | $ 3,,389,324 |
| | --------------- |
| | $15,525,992 |

**Conclusion: ( Re: INCONSISTENT POSITION B )**

There is an increase in Net Short Term Capital Gain to (A) Wexford Special Situations 1997 L.P. in the amount of $12,136,668 and a corresponding decrease in Net Long Term Capital Gain of $12,136,668.

There is an increase in Net Short Term Capital Gain to (B) Wexford Special Situations 1997 Institutional In the amount $3,389,324 and a corresponding decrease in Net Long Term Capital Gain of $3,389,324.

Per Form 8082, Insight Venture Associates II LLC picked up $18,942,926 as net short term capital gain. Per Inconsistent Position B, the correct amount of net short term capital gain recomputed per audit examination was $21,097,096 resulting in an increase adjustment to net short term capital gain of $2,154,170 to Insight Venture Associates II LLC and a corresponding decrease in net long term capital gain of $2,154,170.