IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| IMPRIMIS INVESTORS LLC, WEXFORD SPECIAL SITUATIONS 1997 INSTITUTIONAL, LP, TAX MATTERS PARTNER, | } | |
| Plaintiffs, | } | No. 07-209T |
| v. | } | (Judge Marian Blank Horn) |
| THE UNITED STATES, | } | |
| Defendant. | } | |

**DECLARATION OF JAY MAYMUDES**

I, Jay Maymudes, declare the following:

1. I am Chief Financial Officer and a partner of Wexford Capital LLC ("Wexford Capital"). I am also an officer of the General Partners of Wexford Special Situations 1997 Institutional, LP ("Wexford") and Wexford Special Situations 1997 LP ("WSS"). I make this declaration in support of the parties' Joint Stipulation and the plaintiff's Contested Material Facts. I have personal knowledge of the matters set forth in this declaration.

2. Imprimis Investors LLC ("Imprimis"), the plaintiff in this case, is an investment vehicle which makes, holds, and manages investments on behalf of certain investment funds for Wexford Capital.

3. Wexford Capital is an investment advisor registered with the Securities and Exchange Commission. It was formed in 1994 and manages a series of hedge funds and private equity funds from its Greenwich, Connecticut headquarters.

4. Wexford is the Tax Matters Partner of Imprimis under Section 6231(a)(7). It is a limited partnership whose principal place of business is located at c/o Wexford Capital LLC, 411



EXHIBIT 41

West Putnam Avenue, Greenwich, CT 06830, and its Federal tax identification number is 06-1483925. Wexford is a partnership that is in the business of making investments.

5. During the 2000 tax year, Wexford had eight partners. Seven of Wexford's partners were tax exempt organizations or individual retirement accounts. Together, these seven partners held an approximate 99% interest in Wexford. The eighth Wexford partner, Wexford 97 Advisors LLC, was a limited liability company, whose members were subject to Federal income tax. This eighth partner held an approximate 1% interest in Wexford.

6. During the 2000 tax year, WSS was a participating member in Imprimis. WSS is a limited partnership that is in the business of making investments. Its principal place of business is located at c/o Wexford Capital LLC, 411 West Putnam Avenue, Greenwich, CT 06830, and its employer identification number is 06-1476147. During the 2000 tax year, WSS had ninety-nine partners, twenty-four of which were limited liability companies or partnerships.

7. As pass-through entities for Federal income tax purposes, Wexford and WSS have no Federal income tax liability.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on November 9, 2007

Jay Maymudes