JUN-28-2005 09:46 PANASONIC P.02/09

Corrected

Internal Revenue Service
Small Business/Self-Employed (SBSE)

110 West 44th Street
New York, NY 10036

FILE COPY

Department of the Treasury

Refer To:
SE:S:E:TSS:E:NAA:3:RC
Taxpayer Identifying Number:
06-1491774
Name of Partnership:
Imprimis Investors, LLC
Partnership Identifying Number:
06-1486378
Tax Year Ended:
12/31/2000
Person to Contact:
R. Como

Employee Identification Number:
13-20314
Contact Hours:
7:00 to 3:30
Contact Telephone Number:
(may not be a toll-free number)

Date: April 21, 2005

Insight Ventures Associates II, LLC
c/o Insight Capital Partners
527 Madison Avenue
New York, NY 10022

## 60 DAY LETTER

We are proposing adjustments to the partnership items for the partnership and tax year shown above. We sent the examination report showing these adjustments to the Tax Matters Partner (TMP) of the partnership. (The TMP is the partner designated by the partnership to deal with the IRS.) Any partner who wants a copy of the examination report should request it from the TMP. If the TMP is unable to provide you with a copy of the examination report, please call the contact person listed in the heading of this letter.

### Taxable Year Ending Before August 6, 1997:

The adjustments to the partnership items, reported on the partnership tax return, may cause an increase or decrease to the tax liability on your individual return. Form 870-L, *Agreement to Assessment and Collection of Deficiency in Tax for Partnership Adjustments, Additions to Tax, and Affected Items,* is a summary of the proposed adjustments to the partnership return and items asserted at the partner level that are affected by such adjustment. You can compute your share of the proposed adjustments by multiplying each adjusted partnership item by your percentage interest for that item.

### Taxable Year Ending After August 5, 1997:

The adjustments to the partnership items, reported on the partnership tax return, may cause an increase or decrease to the tax liability on your individual return. Additional adjustments may include penalties, additions to tax and additional amounts determined at the partnership level. Form 870-LT, *Agreement for Partnership Items and Partnership Level Determinations as to Penalties, Additions to Tax, and Additional Amounts and Agreement for Affected Items,* is a summary of proposed adjustments to the partnership return and items asserted at the partner level that are affected by such adjustment.

You can compute your share of the proposed adjustments by multiplying each adjusted partnership item by your percentage interest for that item. Additions to tax are computed on the additional amount of tax or interest owed by the partners as a result of the partnership adjustments.



EXHIBIT
42

You have three options available to you:

1. If you agree with the adjustments:

Sign and return Part I, and Part II of the enclosed Form 870-L/Form 870-LT. When you sign Form 870-L/Form 870-LT you are agreeing to pay any additional tax and interest resulting from the adjustments to the partnership return. You are also waiving your right to participate in any administrative or judicial proceedings affecting the tax year in question. This is a binding settlement only if you sign and return Form 870-L/Form 870-LT and we sign on behalf of the Commissioner of the Internal Revenue Service. When we sign the agreement form, the one-year extension of the period of limitations on assessments will begin under Internal Revenue Code section 6229(f). Once the agreement is final you may not file a claim to change the items in question or claim a refund/credit based on a readjustment except for taxable years ending after August 5, 1997. A refund claim may be filed for taxable years ending after August 5, 1997 for the purpose of raising partner level defenses to partnership level determinations of penalties.

Part I of Form 870-L/Form 870-LT contains the Offer of Agreement for Partnership Items. When you sign Part I of Form 870-L/Form 870-LT, you are agreeing to partnership level determinations of partnership items for taxable years ending before August 6, 1997. Part I of Form 870-LT also settles partnership level determinations of penalties, additions to tax, and additional amounts for taxable years ending after August 5, 1997. When you sign Part I of Form 870-LT, you are agreeing to these adjustments.

Part II of the Form 870-L/Form 870-LT contains the Offer of Agreement for Affected Items. When you sign Part II of Form 870-L, you are agreeing to the penalties, additions to tax and additional amounts and/or affected item adjustments for taxable years ending before August 6, 1997. Part II of Form 870-LT settles partner level defenses of penalties, additions to tax and additional amounts and/or affected item adjustments for taxable years ending after August 5, 1997. When you sign Part II of Form 870-LT, you are agreeing to these adjustments.

NOTE: If you are the TMP of the partnership, see the section of this letter entitled, *"For the Tax Matters Partner of the Partnership"*.

2. If you don't agree with the adjustments:

You can request an Appeals conference. To request an appeal, you must file a written protest at the IRS address shown in the heading of this letter within 60 days from the date of this letter. The protest must include:

a) A written statement requesting an appeal to the findings of the examination,

b) Your name and address,

c) The date and number of this letter,

d) The tax year or years involved,

e) An itemized list of the adjustments you do not agree with,

f) A statement supporting your position on any factual issue you disagree with,

g) A statement of the law or other authority on which you rely to support your position, and

h) The following declaration (followed by your signature) for the facts stated in (f):

"Under penalties of perjury, I declare that the facts in my written protest which are set out in the enclosed statement of facts, schedules, and other attached statements, are true, correct, and complete to the best of my knowledge and belief."

You must notify the TMP of the partnership within 60 days of the date of this letter, if you or your representative will attend any Appeals conference. If your representative will attend for you, you must give him or her a valid power of attorney form (Form 2848, *Power of Attorney and Declaration of Representative*) which can be obtained from the IRS website at www.irs.gov.

3. **If a written protest is not received:**

**Taxable Years Ending Before August 6, 1997:**

If we do not receive a written protest from the TMP for the partnership or at least one partner, we will issue a Notice of Final Partnership Administrative Adjustment (FPAA). The FPAA will allow you to file a petition in Tax Court, a district court of the United States or the U.S. Court of Federal Claims. If the TMP doesn't file a petition in the Tax Court within 90 days and none of the partners file a petition in the Tax Court within 150 days after the date the IRS mails the FPAA to the TMP, we may immediately assess tax and interest resulting from the partnership items adjustments. The IRS may propose penalties, additions to tax, additional amounts and/or other affected items in a separate partner level proceeding.

**Taxable Years Ending After August 5, 1997:**

If we do not receive a written protest from the TMP for the partnership or at least one partner, we will issue a Notice of Final Partnership Administrative Adjustment (FPAA). The FPAA will allow you to file a petition in Tax Court, a district court of the United States, or the U.S. Court of Federal Claims. If the TMP doesn't file a petition in the Tax Court within 90 days and none of the partners file a petition in the Tax Court within 150 days after the date the IRS mails the FPAA to the TMP, we may immediately assess tax, penalties, additions to tax, additional amounts and interest resulting from the partnership items adjustments. The IRS may propose other affected items in a separate partner level proceeding. You may wish to contact the TMP of the partnership or your tax advisor to discuss this matter.

If you have any questions, please write to the person whose name and address are shown in the heading of this letter. When you write, attach a copy of this letter to identify your account. Include your telephone number and the most convenient time for us to call if we need additional information.

You can call the IRS contact person at the telephone number shown in the heading of this letter. If this number is not toll-free and is outside your local calling area, there will be a long distance charge to you.

Thank you for your cooperation.

Sincerely,

Sheila Savini

Sheila Savini

Technical Services Territory Manager

Enclosures:

P. 05/09

| Form 870-PT (08-2001) | DEPARTMENT OF THE TREASURY — INTERNAL REVENUE SERVICE<br>**Agreement for Partnership Items and Partnership Level Determinations as to Penalties, Additions to Tax, and Additional Amounts** | IN REPLY REFER TO:<br>SEE ATTACHMENT |
|---|---|---|

| Taxpayer name(s), address and ZIP code: | Name of Partnership: | Tax Year(s) Ended: |
|---|---|---|
| Insight Ventures II, LLC<br>c/o Insight Capital Partners<br>527 Madison Avenue<br>New York, NY 10022 | Imprimis Investors, LLC<br>Taxpayer Identifying Number: 06-1486378 | 12/31/2000 |
| Taxpayer Identifying Number: 06-1574406 | Name of Tax Matters Partner:<br>Wexford Special Situations 1997 L.P. | |

## Offer of Agreement to Partnership Items and Partnership Level Determinations as to Penalties, Additions to Tax, and Additional Amounts
## &
## Waiver of Restrictions on Assessment for Partnership Items, Penalties, Additions to Tax, and Additional Amounts

Under sections 6224(c) and 7121 of the Internal Revenue Code of 1986, the Commissioner of the Internal Revenue Service and the undersigned taxpayer(s) agree to the determination of partnership items and partnership level determinations as to penalties, additions to tax and additional amounts that relate to adjustments to partnership items as shown on the attached schedule of adjustments.

The undersigned taxpayer(s), in accordance with sections 6224(b) and 6213(d), also waives the restrictions provided by sections 6225(a) and 6213(a) and consents to the assessment and collection of any deficiency attributable to adjustments to partnership items, penalties, additions to tax and additional amounts that relate to adjustments to partnership items, as set forth in the attached schedule of adjustments; plus any interest provided by law.

This agreement is conditional and will not become effective or final until this agreement form is returned to the Commissioner and is signed on his or her behalf. The one-year extension of the period of limitations on assessments under section 6229(f) will not begin to run until the date the Commissioner's representative signs this form on the Commissioner's behalf.

If this part of this agreement form is signed for the Commissioner, the treatment of partnership items and partnership level determinations as to penalties, additions to tax and additional amounts that relate to adjustments to partnership items under this agreement will not be reopened in absence of fraud, malfeasance, or misrepresentation of fact. In addition, no claim for an adjustment of partnership items, refund or credit based on any change in the treatment of partnership items or partnership level determinations as to penalties, additions to tax and additional amounts may be filed or prosecuted.

| Signature of Taxpayer | Date Signed |
|---|---|
| Signature of Taxpayer | Date Signed |
| By (Signature and Title) | Date Signed |

| FOR INTERNAL REVENUE USE ONLY | Date accepted for Commissioner | Signature |
|---|---|---|
| | Office | Title |



IMP0022

STIP0924

INSTRUCTIONS FOR SIGNING THIS AGREEMENT

1. If a JOINT RETURN OF A HUSBAND AND WIFE was filed and both spouses intend to agree, both spouses must sign Form 870-PT. One spouse may sign as agent for the other, if acting under a power of attorney.
2. If the taxpayer is a corporation, the agreement must be signed with the corporate name followed by the signature and title of the officer authorized to sign Form 870-PT.
3. Your attorney or agent may sign for you if this action is specifically authorized by a power of attorney, which if not previously filed, must accompany this form.
4. If this offer is signed by a Tax Matters Partner, please include the title with the signature.

DEPARTMENT OF THE TREASURY— INTERNAL REVENUE SERVICE

# Agreement for Partnership Items and Partnership Level Determinations as to Penalties, Additions to Tax, and Additional Amounts

## SCHEDULE OF ADJUSTMENTS

| NAME OF PARTNERSHIP Imprimis Investors, LLC<br>TAXPAYER IDENTIFYING NUMBER 06-1436378 | TAX YEAR(S) ENDED 12/31/2000 | | |
|---|---|---|---|
| DETAIL OF ADJUSTMENTS TO ORDINARY INCOME | | | |
| TOTAL ADJUSTMENTS TO ORDINARY INCOME | 0.00 | | |
| OTHER ADJUSTMENTS | | | |
| A. Short-Term Capital Gain | | | |
| (1) ADJUSTMENT ** | 0 | | |
| (2) AS REPORTED | 88,821,405 | | |
| (3) CORRECTED | 88,821,405 | | |
| B. Long-Term Capital Gain | | | |
| (1) ADJUSTMENT ** | 0 | | |
| (2) AS REPORTED | 73,444,348 | | |
| (3) CORRECTED | 73,444,348 | | |

REMARKS

** The short-term and long-term capital gains have been accepted as filed, but have been reallocated to the partners as shown on the attached schedule.

All other partnership items have been accepted as filed.

There are no penalties or additions to tax.

Imprimis Investors, LLC December 31, 2000

Attachment to Schedule of Adjustments

| Partner | Short-Term Gain | Long-Term Gain | Totals |
|---|---|---|---|
| Wexford Special Situations 1997 LP | 61,521,044 | 45,273,604 | 106,794,648 |
| Wexford Special Situations 1997 Institutional | 17,181,853 | 12,644,752 | 29,826,605 |
| Wexford Spectrum Investors LLC | 21,412 | 0 | 21,412 |
| Insight Venture Associates II, LLC | 36,623,088 | 0 | 36,623,088 |
| Wexford Partners Investment Company | 0 | 0 | 0 |
| As Corrected | 115,347,397 | 57,918,356 | 173,265,753 |
| Per Return | 99,821,405 | 73,444,348 | 173,265,753 |
| Adjustment | 15,525,992 | -15,525,992 | 0 |

TOTAL P.08