# Appeals Transmittal and Case Memo

Date: JAN X 2 2007

From: Appeals Code: 123
AP:FE:MAN:MJR
New York
212-298-2466

Route To:
N/C FPAA Package to Ogden Compliance Center

Secured Email/Fax Copy to: IRS Ogden Compliance Center Mail Stop 4XXX Attn: Wendy Higley
Ogden Utah 84201-0049

Feature Codes:

Taxpayer(s):
IMPRIMIS INVESTORS, LLC.
C/O WEXFORD CAPITAL, LLC
411 WEST PUTNAM AVE./GREENWICH CT 06830

SSN/TIN: 06-1486378

Workunit No.: 2306156020

Type of Case: I

Category: IC

Related Taxpayer(s)
Name:
TIN/SSN No.:
Workunit No.:
MFT/Year(s):
Name:
TIN/SSN No.:
Workunit No.:
MFT/Year(s):
Name:
TIN/SSN No.:
Workunit No.:
MFT/Year(s):

| Tax Year(s) | ARDI Code | Proposed Tax/OA | Proposed Penalty | Revised Tax/OA | Revised Penalty | Claim | Disallowed |
|---|---|---|---|---|---|---|---|
| 200012 | | $753,858.00 | $0.00 | $0.00 | $0.00 | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Disposal Information: Closing Code: 13
UnAgreed
N/C FPAA expecting investor to petition

Special Features:

Remarks and/or Appeals Case Memorandum: See attached Appeals Case Memo (ACM)
A group of investors took an inconsistent position from the K-1 received. Compliance took an inconsistent position & set up the adjustment to both sides. Appeals is giving a N/C FPAA which will cause the second group to petition.

| Taxpayer's Representative | Area Counsel Attorney | Docket No. | Examiner/Campus |
|---|---|---|---|
| | | | |

| AO/SO Signature | AO Grade | Date | Form(s) 5403 | Earliest Statute Date |
|---|---|---|---|---|
| Mel J. Rosenbach | 14 | | | 06/30/2007 / |

| Approved ✓ | Date: | Area Counsel | Date: |
|---|---|---|---|
| Frank Longo, Appeals Team Manager | 11-14-06 | | |

Department of the Treasury - Internal Revenue Service

Form 5402-c (Rev. 07/2006)

EXHIBIT 44

STIP0957

Imprimis Investors LLC 2000

**APPEALS CASE MEMO**

## Summary & Recommendation

1) Whether the allocation between short & long term capital gains as reported on the K-1's to all the investors are correct or is the allocation used by one of the partners, (Insight Ventures Associates) in their submission of inconsistent position the correct allocation.

## Discussion & Analysis:

The taxpayer Imprimis used one of its partnership investors Insight as an investment advisor under a contract between the parties. Within the contract there were many disagreements. One of the disagreements was in how to allocate the gains and losses incurred by the taxpayer Imprimis. Each side sued the other for millions of dollars. There was an out of court settlement between the parties in which Imprimis ended up paying $30,000,000 to Insight in settlement of the case. Imprimis states they believe the original allocation of long and short term capital gains & losses on the K-1's they issued to be correct, but even if it was not, the out of court settlement they reached with Insight meant that Insight accepted the $30 million dollars to take care of all disputed matters and therefore the IRS should accept the K-1 as correct. Insight states the $30 million settlement between the parties did not cover the tax allocation. Each party supplied protests and letters going back and forth between the parties. Appeals, in reading all the information received believes in the reading of the original contract arrangement Insight had the better argument but in regard to the out of court settlement agreement Imprimis has the better argument. In any event Appeals does not have judicial authority to dictate a settlement and it is seen the parties are so entrenched in their beliefs that neither party, at this time wants to accept a compromise in any form. Because of second and third tier investors there appears to be over a hundred parties involved on each side of the argument.

## Conclusion:

A no change FPAA is to be issued leaving the allocation as per the original return and K-1's and when petitioned in court a decision will be finalized since no agreement can be reach by the parties. If an FPAA agreement is signed and returned by any

tiered investor it should ***NOT*** be approved by the service. The case will either be petitioned or if defaulted would be processed at that time.