# In the United States Court of Federal Claims

| | |
|---|---|
| **IMPRIMIS INVESTORS, LLC, et al.,**<br>**Plaintiffs,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant.** | **No. 07-209T**<br>**Filed: November 14, 2007** |

## O R D E R

A status conference in the above-captioned case was previously scheduled for November 15, 2007, at 12:30 p.m. At the request of the parties, the court **RESCHEDULES** the status conference for **Monday, December 10, 2007 at 10:30 a.m., E.S.T,** at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. All parties will appear in-person. The courtroom number will be posted on the day of the hearing. The parties shall be prepared to address all issues in the case.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**