# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **IMPRIMIS INVESTORS, LLC, et al.,** * | |
| **Plaintiffs,** * | |
| **v.** * | **No. 07-209T** |
| * | **Filed: December 5, 2007** |
| **UNITED STATES,** * | |
| **Defendant.** * | |
| * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court is in receipt of plaintiff Wexford Special Situations 1997 Institutional, LP's December 4, 2007, unopposed motion to file under seal a revised joint stipulation of facts. Plaintiff's motion is **GRANTED**. The revised joint stipulation of facts, to be filed under seal, shall be a stand-alone document, and not merely an addendum or supplement to the joint stipulation of facts filed on November 13, 2007. The stand-alone, revised joint stipulation of facts, with accompanying appendix, shall be filed on or before **10:00 a.m., Friday, December 7, 2007**, so that, as the parties suggested would be helpful, it will be available to the court prior to the status conference scheduled for **Monday, December 10, 2007, 10:30 a.m., EST,** at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005, with the parties appearing in person. Furthermore, in addition to the electronic filing, plaintiff shall bring to the court on **Monday, December 10, 2007, 10:30 a.m., EST**, a single, courtesy, hard copy with tabs of the revised joint stipulation of facts with appendix.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**