# In the United States Court of Federal Claims

| | |
|---|---|
| **IMPRIMIS INVESTORS, LLC, et al.,**<br>**Plaintiffs,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant.** | **No. 07-209T**<br>**Filed: December 11, 2007** |

## O R D E R

The court held a status conference in the above-captioned case on December 10, 2007, with the parties appearing in person. As discussed with the parties at the conference, in order to advance understanding of the claims in the case, on or before **Friday, February 15, 2008**, Mr. Ruchelman will brief issues 1, 2 and 4, and Mr. Nelson will brief issues 3 and 5. Briefs shall cite to the joint stipulation of facts and supporting documents in the appendix by exhibit, page and paragraph numbers. No responses shall be filed until after discussion of the case at the below-scheduled conference.

Furthermore, the court **SCHEDULES** a status conference for **Tuesday, March 18, 2008, 10:30 a.m., DST,** (at plaintiff's request, instead of the March 11, 2008 date discussed at the conference), at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005, with the parties appearing in person. The parties shall be prepared to discuss discovery needs, whether there are material facts in dispute, and any other pertinent issues, as well as proposing how to proceed, with a time line.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**