# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | |
| **IMPRIMIS INVESTORS, LLC, et al.,** | |
| **Plaintiffs,** | |
| **v.** | **No. 07-209T**<br>**Filed: February 19, 2008** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court is in receipt of Mr. Ruchelman's February 15, 2008, motion for summary judgment and accompanying brief. Insight Venture Associates II, LLC and defendant shall refrain from responding to the motion until the motion is discussed at the previously scheduled status conference, set for **Tuesday, March 18, 2008, 10:30 a.m., DST,** at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005, with the parties appearing in person.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**