# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * *<br>IMPRIMIS INVESTORS, LLC, et al.,<br>Plaintiffs,<br>v.<br>UNITED STATES,<br>Defendant.<br>* * * * * * * * * * * * * * * * * * * * | **No. 07-209T**<br>**Filed: March 10, 2008** |

## O R D E R

Defendant's counsel has requested a later date for the next status conference, to facilitate preparation for the conference. Defendant's counsel advised that the other parties do not object to the request. Defendant's request is **GRANTED**. Instead of the currently scheduled March 18, 2008 status conference, the court **RESCHEDULES** the status conference for **Friday, April 11, 2008, 10:30 a.m., DST,** at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, D.C. 20005, with the parties appearing in person. The parties shall consult with each other, and be prepared to discuss discovery needs, whether there are material facts in dispute, and any other pertinent issues, as well as proposing how to proceed, with a time line. The courtroom number will be posted on the day of the conference.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**