# In the United States Court of Federal Claims

| | |
|---|---|
| **IMPRIMIS INVESTORS, LLC, et al.,** | |
| **Plaintiffs,** | |
| **v.** | **No. 07-209T** |
| | **Filed: April 11, 2008** |
| **UNITED STATES,** | |
| **Defendant.** | |

## O R D E R

The court held a status conference in the above-captioned case on April 11, 2008, with the parties appearing in person. As discussed with the parties at the conference, the parties shall proceed with the briefing of the issue involving the interpretation of the partnership agreement. On or before **Wednesday, May 14, 2008**, Ms. Wilson and Mr. Nelson shall file a response brief on the issue. On or before **Friday, June 20, 2008**, Mr. Ruchelman shall file a reply brief on the issue. All briefs shall cite to the revised joint stipulation of facts and supporting exhibits. All acronyms and terms of art shall be explained. The parties shall assume no knowledge on the part of the court, and shall explain complex tax concepts. Cited documents not contained in the appendix to the revised joint stipulation of facts shall be included in an appendix to the briefs, as well as any cited case or regulation not easily available through electronic media.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**