# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *
**IMPRIMIS INVESTORS, LLC, et al.,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * *

**No. 07-209T**
**Filed: June 26, 2008**

**O R D E R**

This court is in receipt of Mr. Ruchelman's reply brief regarding the interpretation of the partnership agreement, which is the first of five issues jointly stipulated for review by the parties. After review of the briefing submitted to the court to date, of the first two issues jointly stipulated by the parties, the court finds that additional reply briefs to join both of these issues would be of assistance to the court. On or before **Wednesday, July 9, 2008**, Mr. Ruchelman shall file a reply to his motion for summary judgment on behalf of the plaintiffs, Imprimis Investors, LLC and Wexford Special Situations 1997 Institutional, LP, regarding the effect of the settlement agreement, which is the second issue jointly stipulated by the parties. Also on or before **Wednesday, July 9, 2008**, Mr. Nelson shall file a reply to his motion for summary judgment on behalf of the plaintiff, Insight Venture Associates II, LLC, regarding the first and second issues jointly stipulated by the parties. All briefs shall cite to the revised joint stipulation of facts and supporting exhibits. All acronyms and terms of art shall be explained. The parties shall assume no knowledge on the part of the court, and shall explain complex tax concepts. Cited documents not contained in the appendix to the revised joint stipulation of facts shall be included in an appendix to the briefs, as well as any cited case or regulation not easily available through electronic media.

Mr. Ruchelman has requested oral argument, which the court also would find useful. Therefore, oral argument regarding the first two jointly stipulated issues is **SCHEDULED** for **Monday, July 14, 2008, 2:00 p.m. EDT,** at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The parties shall appear in person for the oral argument. The courtroom number will be posted on the day of the oral argument.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**