# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *

**IMPRIMIS INVESTORS, LLC, et al.,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**No. 07-209T**
**Filed: July 7, 2008**

**O R D E R**

Due to a conflict, Insight's counsel requested that oral argument be rescheduled. As requested, and with the consent of the other parties, oral argument regarding the first two jointly stipulated issues is **RESCHEDULED** for **Tuesday, July 15, 2008, 2:00 p.m. EDT,** at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The parties shall appear in person for the oral argument. The courtroom number will be posted on the day of the oral argument.

As a reminder, on or before **Friday, July 11, 2008, 5:00 p.m.**, Mr. Nelson shall file a reply to his motion for summary judgment on behalf of plaintiff Insight, regarding the first jointly stipulated issue (interpretation of the partnership agreement) and the second jointly stipulated issue (effect of the settlement agreement). Also on or before **Friday, July 11, 2008, 5:00 p.m.**, Mr. Ruchelman shall file a reply to his motion for summary judgment on behalf of plaintiffs Imprimis and Wexford, regarding the second jointly stipulated issue (effect of the settlement agreement). All briefs shall cite to the revised joint stipulation of facts and supporting exhibits. All acronyms and terms of art shall be explained. The parties shall assume no knowledge on the part of the court, and shall explain complex tax concepts. Cited documents not contained in the appendix to the revised joint stipulation of facts shall be included in an appendix to the briefs, as well as any cited case or regulation not easily available through electronic media.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**