# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **IMPRIMIS INVESTORS LLC, WEXFORD SPECIAL SITUATIONS 1997 INSTITUTIONAL, L.P., TAX MATTERS PARTNER,** | * | |
| **Plaintiffs,** | * | **No. 07-209T** **Filed: August 14, 2008** |
| **v.** | * | |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * * * * * * *

**O R D E R**

As requested by the parties, the status conference originally set for August 26, 2008, 10:30 a.m. EDT, is **RESCHEDULED** for **Tuesday, September 16, 2008, 10:30 a.m. EDT**. All parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Ruchelman at (202) 862-7834, Mr. Nelson at (202) 775-8582, and Ms. Wilson at (202) 307-6495. The parties shall consult prior to the conference, explore settlement possibilities, and be prepared to propose to the court how the case should proceed, with a proposed time line.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**