# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**IMPRIMIS INVESTORS LLC, WEXFORD SPECIAL SITUATIONS 1997 INSTITUTIONAL, L.P., TAX MATTERS PARTNER,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 07-209T**
**Filed: September 16, 2008**

**O R D E R**

The court held a status conference in the above-captioned case, following the issuance of the court's August 7, 2008 opinion, with the parties appearing by telephone. The parties requested additional time to conduct settlement discussions, which the court encourages. On or before **Friday, October 31, 2008**, the parties shall file a joint status report, discussing the conclusions of their settlement activity, but without mentioning any numbers. Furthermore, the court **SCHEDULES** a status conference for **Wednesday, November 5, 2008, 10:30 a.m. EST**. All parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Ruchelman at (202) 862-7834, Mr. Nelson at (202) 775-8582, and Ms. Wilson at (202) 307-6495. The conference can only be cancelled by the court, and will only be cancelled if the court has received a joint stipulation of dismissal.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**