# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *    *
                                     *
IMPRIMIS INVESTORS, LLC, et al.,     *
                                     *
            Plaintiffs,              *
                                     *
v.                                   *    No. 07-209T
                                     *    Filed: November 6, 2008
UNITED STATES,                       *
                                     *
            Defendant.               *
                                     *
* * * * * * * * * * * * * * * * *    *
```

## O R D E R

The court held a status conference on November 5, 2008 to discuss the method for final disposition of this case. The court commends the parties on their efforts to arrive at an agreement to bring this case to a close. Based on remarks at the status conference by all parties, the court anticipates that the steps to completely dispose of the remaining issues in this case can be accomplished in the near term. Pursuant to the discussion at the November 5th status conference, the court **ORDERS** the parties to submit a Joint Status Report on or before **Thursday, November 20, 2008**, discussing their choice of method for arriving at a final agreement and a projected date for completion. In the event that the parties agree to settle, only the court can cancel the submission of the Joint Status Report.

**IT IS SO ORDERED**.

        s/Marian Blank Horn
        **MARIAN BLANK HORN**
             **Judge**